

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

ZIP 78701 $ 000.27⁵
02 1W
0001401623 NOV 03 2015

**10/30/2015**
**BURT, LEMUEL CARL    Tr. Ct. No. W07-01438-Y(A)**            **WR-84,113-01**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

LEMUEL CARL BURT
DALHART UNIT - TDC # 1557583
11950 FM 998
DALHART, TX 79022

U T F